**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOMINIC HAYNES AKA HAYENS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1796** |
| | : | |
| **WARDEN, CFCF, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this **28th** day of **July 2026**, upon consideration of Plaintiff Dominic Haynes's Motion to Proceed *In Forma Pauperis* (ECF No. 6), Prisoner Trust Fund Account Statement (ECF No. 7), and *pro se* Complaint (ECF Nos. 1, 5), it is hereby **ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 6) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Dominic Haynes, #940508, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Curran-Fromhold Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Haynes's inmate account; or (b) the average monthly balance in Haynes's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Haynes's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited

to Haynes's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Curran-Fromhold Correctional Facility.

4. The Complaint is **DEEMED** filed.

5. Haynes's Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons provided in the accompanying Memorandum as follows:

   a. Haynes's federal claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

   b. Haynes's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

   c. No leave to amend is given.

6. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**